IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SUPPRESSED**

UNITED STATES OF AMERICA, )
)
       Plaintiff, )
)
vs. ) CRIMINAL NO. 13-30120-WDS
)
JOEL A. DOZIER, ) Title 18, United States Code,
) Sections 922(g)(3), 922(j) and 924(d);
) Title 28, United States Code,
       Defendant. ) Section 2461(c)

**FILED**

**INDICTMENT**

JUN 18 2013

**THE GRAND JURY CHARGES:**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## COUNT 1

**Possession of Stolen Firearm**

On or about February 7, 2013, in St. Clair County, within the Southern District of Illinois,

**JOEL A. DOZIER,**

Defendant herein, did knowingly possess a stolen firearm - namely, a Davis Industries, DM22, .22 caliber derringer, with an altered serial number - which had been shipped and transported in interstate commerce, knowing that the firearm was stolen; all in violation of Title 18, United States Code, Section 922(j).

## COUNT 2

**USER OF CONTROLLED SUBSTANCE IN POSSESSION OF A FIREARM**

On or about February 7, 2013, in St. Clair County, within the Southern District of Illinois,

**JOEL A. DOZIER,**

Defendant herein, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802 - namely, marijuana - did knowingly possess, in and affecting commerce, a firearm - namely, a Davis Industries, DM22, .22 caliber derringer, with an altered

serial number; all in violation of Title 18, United States Code, Section 922(g)(3).

## FORFEITURE ALLEGATIONS

### FORFEITURE OF FIREARM

Upon conviction of the offense alleged in this Indictment, Defendant **JOEL A. DOZIER** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in any knowing violation of the offenses described in this Indictment, including, but not limited, to a Davis Industries, DM22, .22 caliber derringer, with an altered serial number, and any and all ammunition contained therein.

_____
STEPHEN B. CLARK
Assistant United States Attorney

_____
STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond: Detention